# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Automotive Performance Engineering           Case No. 05-68099
                                                        Chapter 7
                                                        Honorable Thomas J. Tucker

                 Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 614.70 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Andrew Kruczynski<br>c/o Donald R. Conrad<br>774 Starkweather<br>Plymouth, MI 48170 | 1 | $460.63 |
| Planet Access<br>26400 Southfield Road<br>Southifeld, MI 48076 | 4 | $9.37 |
| Gompers & Couillard<br>c/o Patrick A. Rooney<br>11111 Hall Road, Suite 300<br>Utica, MI 48317 | 9 | $77.49 |
| Sprint-Nextel Corp<br>P.O. Box 172408<br>Denver, CO 80217 | 12 | $35.46 |
| Joseph Cyprus<br>34022 Klein Road<br>Fraser, MI 48026 | 13 | $31.75 |

Dated: April 15, 2010 /s/ Charles J. Taunt_____.
Charles J. Taunt, Trustee (P24589)
700 East Maple, 2nd Floor
Birmingham, MI 48009-6359
(248) 644-7800
Teetaunt@tauntlaw.com
P24589